UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81069-GAYLES/REID

**MALIIK N. HYLTON**,

    Plaintiff,

v.

**DEPUTY EUBANKS,** *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette Reid's Report and Recommendation [ECF No. 6] ("Report"), which recommends that Plaintiff's Complaint under 42 U.S.C. § 1983 be allowed to proceed against Deputy Eubanks in his individual capacity and be dismissed as to all other Defendants. The Court has conducted a *de novo* review of the Report, Plaintiff's Objections to the Report [ECF No. 7], and the record in this case. In his Objections, Plaintiff alleges "extended factual allegations," which must be asserted in an Amended Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [ECF No. 6] is **AFFIRMED AND ADOPTED**, and Plaintiff's Objections [ECF No. 7] are **OVERRULED**.

2. Plaintiff's Complaint [ECF No. 1] is **ALLOWED TO PROCEED** against Deputy Eubanks in his individual capacity.

3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** as to all other claims.

4. Plaintiff shall have until **January 13, 2022**, to file an amended complaint, which must be labeled **"Amended Complaint."** The Amended Complaint shall:

   a. Contain a short and plain statement of Plaintiff's claims against each named Defendant, a basis for federal jurisdiction, and a demand for judgment.

   b. Be either typed in 12-point font or larger and double-spaced or handwritten legibly.

   c. Be written on the § 1983 complaint form attached to this order.

5. *The Amended Complaint must contain <u>all</u> of Plaintiff's factual allegations and may not incorporate by reference any allegations in the original Complaint.*

6. The Amended Complaint must show **Case No. 21-cv-81069-GAYLES** so that it will be filed in this case.

7. Failure to file an amended complaint by January 13, 2022 may result in the dismissal with prejudice of those claims not allowed to proceed by this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of December, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   **Maliik N. Hylton**
      0504884
      West Detention Center
      Inmate Mail/Parcels
      P.O. Box 1450
      Belle Glade, FL 33430
      PRO SE