UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81069-GAYLES/REID

**MALIIK N. HYLTON**,

    Plaintiff,

v.

**DEPUTY EUBANKS**, *et al*.,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation [ECF No. 22] ("Report"), recommending that Plaintiff's Amended Complaint under 42 U.S.C. § 1983 [ECF No. 12] be allowed to proceed against Deputy Eubanks, the unnamed Transport Deputy, and the unnamed Corrections Deputy in their individual capacities, and be dismissed as to all other claims. The Court has conducted a *de novo* review of the Report and the record in this case. No party has filed Objections to the Report and the deadline for doing so has passed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [ECF No. 22] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Amended Complaint [ECF No. 12] is **ALLOWED TO PROCEED** against Deputy Eubanks, the unnamed Transport Deputy, and the unnamed Corrections Deputy in their individual capacities.

3. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** as to all other claims.

4. Plaintiff's Amended Complaint [ECF No. 12] is now the operative complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of June, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   counsel of record via CM/ECF